IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LORETTA MARTINEZ and RUBEL MARTINEZ,

    Plaintiffs,

vs.                              1:14-cv-00717-KG-CG

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER, having come before the Court upon the Motion of the Parties for a Stipulation of Dismissal of all claims or potential claims that have been brought or could have been brought by the Plaintiffs LORETTA MARTINEZ and RUBEL MARTINEZ against the Defendant ALLSTATE INSURANCE COMPANY, the Court FINDS that the Stipulation of Dismissal with Prejudice is well taken.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that Plaintiff's Complaint as against Defendant, Allstate Insurance Company, be and hereby is dismissed with prejudice.

IT IS FURTHER ORDERED, that all claims brought, or that could have been brought, between the parties are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party is to bear its own costs and attorney fees.

_____
UNITED STATES DISTRICT JUDGE

2

**Submitted By:**

/s/Merit Bennett
For Plaintiffs


/s/Stephen M. Simone
For Defendant Allstate on the ECL
claims

/s/Ann L. Keith
For Defendant Allstate on the contract claims